THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH C. WORKMAN, Appellant.

Submitted January 17, 1955; decided February 22, 1955.

Motion for reargument and to amend the remittitur denied. [See 308 N. Y. 668.]